UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Beverly Bennett,

    Plaintiff,

v.                                                  Case No. 09-12882

City of Detroit, *et al.,*                    Honorable Sean F. Cox

    Defendants.

_____/

## ORDER OF DISMISSAL AS TO DEFENDANTS GORDON DAVIS AND SANDRA VERMILYA

Plaintiff Beverly Bennett ("Plaintiff") filed this action against Defendants on July 22, 2009. As of December 15, 2009, however, Plaintiff had not served the complaint on Defendant Gordon Davis ("Davis") or Defendant Sandra Vermilya ("Vermilya"). On December 15, 2009, this Court issued an Order to Show Cause (Docket Entry No. 7), directing Plaintiff to show cause in writing, no later than December 28, 2009, why her claims against Davis and Vermilya should not be dismissed for failure to prosecute. Plaintiff has filed no response to that Order and the time for doing so has passed.

Accordingly, IT IS ORDERED that Plaintiff's claims against Defendant Davis and Defendant Vermilya are hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute.

IT IS SO ORDERED.

                                                S/Sean F. Cox
                                                Sean F. Cox
                                                United States District Judge

Dated: May 24, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Beverly Bennett,

    Plaintiff,

v.   Case No. 09-12882

City of Detroit, *et al.,*   Honorable Sean F. Cox

    Defendants.

_____/

**PROOF OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 24, 2010, by electronic and/or ordinary mail.

                        S/Jennifer Hernandez
                        Case Manager